

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

CHAMBERS OF
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TELEPHONE
(213) 894-8551

August 12, 2008

**VIA FEDERAL EXPRESS**

Hon. Ortrie D. Smith
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2008 AUG 13 A 10: 43 FINANCIAL DISCLOSURE OFFICE

Re:     **Amended** Financial Disclosure Report for Calendar Year 2007

Dear Judge Smith:

In response to your letter dated July 24, 2008, enclosed please find the original and three copies of my **Amended** Financial Disclosure Report for calendar year 2007.

Please do not hesitate to contact me should you require any further information.

Sincerely,



Christina A. Snyder

CAS:rb
Enclosures

# AMENDED ~~ORIGINAL~~
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

AO 10
Rev. 1/2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 AUG 13 A 10: 43 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Attorney - Partnership - ▬▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. `GENTER ADVISORS (SCHWAB) DFA IRA ACCT #1 | E | Dividend | P1 | T | | | | | |
| 2. DFA US Large Company Fund | | | | | Partial Buy | 6/26 | K | | |
| 3. | | | | | Partial Sell | 10/05 | N | F | |
| 4. IShares Russell 100 Grwth Ind | | | | | Buy | 10/29 | N | | |
| 5. DFA US Large Cap Value Fund | | | | | Partial Buy | 12/19 | J | | |
| 6. DFA US Small Cap Fund | | | | | Partial Buy | 12/19 | J | | |
| 7. DFA Small Cap Value Fund | | | | | Partial Buy | 12/19 | J | | |
| 8. DFA Large Cap Int'l Fund | | | | | Partial Buy | 12/19 | J | | |
| 9. DFA Int'l Value Fd | | | | | | | | | |
| 10. GNMA Pass Thru | A | Dividend | J | T | | | | | |
| 11. BANK OF AMERICA ACCTS (MM &CHNG | A | Interest | K | T | | | | | |
| 12. CHRISTOPHER WEIL & CO. BEAR STEARTS IRA ACCT | D | Dividend | M | T | | | | | |
| 13. ING Funds - Formerly Pilgrim Mayflower | | | | | Sell All | 04/10 | K | D | |
| 14. Frank Russell Emerging Markets Funds | | | | | Partial Sell | 04/04 | J | C | |
| 15. Frank Russell Special Growth Fund | | | | | Partial Buy | 04/04 | K | | |
| 16. Frank Russell Real Estate Securities | | | | | Sell All | 02/09 | J | E | |
| 17. Frank Russell Quantitative Equity Fund | | | | | Partial Buy | 04/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Frank Russell Diversified Equity Fund | | | | | Partial Sell | 04/04 | K | C | |
| 19. Dodge & Cox Stock Fund | | | | | Sell All | 04/04 | K | D | |
| 20. Frank Russell Int'l Securities Fund Cl S | | | | | Partial Sell | 04/04 | J | B | |
| 21. TRUST #1 SCHWAB ACCT | G | Int./Div. | P2 | T | | | | | |
| 22. Schwab CA Muni Fund (core Money Market) | | | | | | | | | |
| 23. Met Wtr Dist. Co. CA Rev | | | | | | | | | |
| 24. Met Wtr Dis Rev P/R | | | | | | | | | |
| 25. Turlock CA IRR Rev | | | | | | | | | |
| 26. Fresno CA USD GO | | | | | | | | | |
| 27. Redwood City CA ESD GO | | | | | Partial Buy | 11/06 | L | | |
| 28. CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 29. San Diego County CA COP 6.25% 08/01/04 | | | | | Sell All | 08/01 | M | A | |
| 30. Imperial IRR CA COP P/R | | | | | Sell All | 11/01 | L | A | |
| 31. CA Ed Facs Au Rev Stanford | | | | | Partial Buy | 10/26 | K | | |
| 32. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 33. CA St Pub Wks P/R | | | | | Sell All | 03/25 | M | B | |
| 34. Riverside CO CA Sla TX 6.00% 06/01/08 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chaffey HSD 5.25% 08/01/09 | | | | | | | | | |
| 36. San Mateo Co CA St Tax Rev 5.25% 06*01/12 | | | | | | | | | |
| 37. CA ST GO 5.375% 04/01/14 | | | | | | | | | |
| 38. CA ST GO 5.00% 02/01/08 | | | | | | | | | |
| 39. Vallejo CA USD CO 5.90% 02/01/17 | | | | | | | | | |
| 40. CA Dept Trans Rv 5.00% 02/01/15 | | | | | Partial Buy | 03/29 | K | | |
| 41. CA Dept Trans RV 5.00% 02/01/2015 | | | | | Partial Buy | 4/17 | K | | |
| 42. CA Dept Trans RV 5.00% 02/01/2015 | | | | | Partial Buy | 11/05 | L | | |
| 43. San Diego CO CA Wtr Auth 5.25% 05/01/07 COP | | | | | Sell All | 05/01 | L | A | |
| 44. Sacramento CA Mud Elec RV 5.00% 08/15/08 | | | | | | | | | |
| 45. CA Dept Wtr Rex RV 5.5% 12/01/09 | | | | | | | | | |
| 46. CA Wtr Res Central Valley 5.5% 12/01/09 | | | | | | | | | |
| 47. CA Wtr Res Central Valley 5.5% 12/01/08 | | | | | | | | | |
| 48. CA ST GO 5.25% 10/01/2009 | | | | | | | | | |
| 49. Southwestern Cnty Coll Dist. 5.625% 08/01/2011/16 | | | | | | | | | |
| 50. CA ST GO 5.75% 03/01/2010/27 | | | | | | | | | |
| 51. Los Angeles CA GO (MBIA) 5.25% 09*01/2014 | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 53. San Diego CO CA Sls Tax Rev 4.75% 04/01/08 | | | | | | | | | |
| 54. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | | | | | |
| 55. Los Angeles, CA USD GO 5.375% 07/01/2008-16 | | | | | | | | | |
| 56. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 57. Foothill Eastern Corr Agy 7.05% 01/01/2010 | | | | | | | | | |
| 58. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 59. Foothill Corr Agy 7.10% 01/01/12 | | | | | | | | | |
| 60. Coast Cmty Coll Dist CA GO 5.00% 08/01/2021 | | | | | Buy | 01/03 | M | | |
| 61. CA Economic Recovery GO & RV 5.00% 07-01-2011 | | | | | Buy | 03/01 | M | | |
| 62. CA Ecconomic Recovery GO & RV 5.00% 7/01/2011 | | | | | Partial Buy | 03/02 | M | | |
| 63. CA Economic Recovery GO & RV 4.5% 1/1/07 SEE NOTES | | | | | Sell All | 01/01 | L | A | |
| 64. CA Wtr Resource Pwr Suppy 5.50% 05/01/2011 | | | | | Buy | 03/07 | M | | |
| 65. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Buy | 02/02 | N | | |
| 66. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Partial Buy | 03/15 | K | | |
| 67. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Partial Buy | 04/30 | K | | |
| 68. CA Infrastructure & Eco Dev 5.00% 07/01/2010 | | | | | Buy | 03/19 | N | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. East Bay Mud CA WTR Sys 5.00% 06/01/2019 | | | | | Buy | 05/09 | M | | |
| 70. Sacramento CO CA Sani Dist RV 5.00% 8/1/2019 | | | | | Partial Buy | 05/30 | J | | |
| 71. Sacramento CO CA Sani Dist RV 5.00% 8/1/2019 | | | | | Partial Buy | 12/21 | K | | |
| 72. LA CA Dept Wtr &Pwr RV 5.00% 07/01/2022 | | | | | Buy | 11/14 | M | | |
| 73. Long Beach CA Wtr RV SF13 5.750 05/15/2015 | | | | | Buy | 03/23 | N | | |
| 74. Napa Co CA Flood Impt RV 5:00% 6/15/208 | | | | | Buy | 05/11 | M | | |
| 75. LA CO CA Met Trnsp Sls Tax 6.00% 07/01/2011 | | | | | Buy | 06/15 | M | | |
| 76. LA CA Wastewater RV 5.00% 06/01/2008/28 | | | | | Buy | 07/07 | N | | |
| 77. LA CA Wastewater RV 5;00% 06/01/2008/28 | | | | | Sell | 02/02 | N | | |
| 78. CA ST GO 5.50% 10-01-2009 | | | | | Buy | 09/14 | M | | |
| 79. PUTNAM HARTFORD IRA | | None | O | T | | | | | |
| 80. -Voyager | | | | | Sell All | 03/05 | M | F | |
| 81. -Growth & Income | | | | | Sell All | 03/05 | N | G | |
| 82. -New Opportunity | | | | | Sell All | 03/05 | M | E | |
| 83. -Int'l Equity | | | | | Sell All | 03/05 | M | F | |
| 84. BANK OF AMERICA TRUST ACCT | F | Dividend | P1 | T | | | | | |
| 85. -Columbia CA Tax Expt Res Fund | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Nations Large Cap Index Inv A | | | | | Sell All | 12/28 | L | | |
| 87. -Putnam Capital Apprec Cl A | | | | | | | | | |
| 88. -Putnam Classic Equity Class A | | | | | | | | | |
| 89. -Putnam Health Sciences Class A | | | | | | | | | |
| 90. Putnam In'tl Equity Class A | | | | | | | | | |
| 91. -Putnam New Opportunities Cl A | | | | | | | | | |
| 92. -Putnam New Value Class A | | | | | | | | | |
| 93. -Putnam Voyager Class A | | | | | | | | | |
| 94. SCHWAB 401K ACCOUNT | None | N | T | | | | | | |
| 95. -Schwab Money Market (Core Money Market Fund) | | | | | | | | | |
| 96. -DFA US Large Company Fund | | | | | Partial Buy | 01/26 | K | | |
| 97. | | | | | Partial Sell | 10/05 | L | D | |
| 98. -DFA US Small Cap Fund | | | | | Patial Buy | 01/26 | J | | |
| 99. | | | | | Partial Buy | 12/19 | J | | |
| 100. -DFA Int'l Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 101. | | | | | Partial Sell | 10/10 | J | A | |
| 102. | | | | | Partial Buy | 12/19 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value            V =Other                 W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. DFA Small Cap Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 104. | | | | | Partial Buy | 12/19 | J | | |
| 105. -DFA US Large Cap Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 106. | | | | | Partial Buy | 12/19 | J | | |
| 107. -DFA Large Cap Int'l Fund | | | | | Partial Buy | 01/26 | J | | |
| 108. | | | | | Partial Buy | 12/19 | J | | |
| 109. IShares Russell 1000 Grwth Index | | | | | Buy | 10/29 | L | | |
| 110. GENTER ADVISORS (SCHWAB) TRUST ACOUNT | G | Dividend | P2 | T | | | | | |
| 111. -DFA US Large Company Fd | | | | | Partial Buy | 01/08 | L | | |
| 112. | | | | | Partial Buy | 02/26 | O | | |
| 113. | | | | | Partial Buy | 06/26 | K | | |
| 114. | | | | | Partial Sell | 10/05 | P1 | G | |
| 115. -DFA US Large Cap Value Fd | | | | | Partial Buy | 02/28 | M | | |
| 116. | | | | | Partial Sell | 11/14 | M | A | |
| 117. | | | J | | Partial Buy | 12/19 | K | | |
| 118. -DFA US Small Cap Fd | | | | | Partial Buy | 02/26 | L | | |
| 119. | | | | | Partial Sell | 11/14 | L | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Partial Buy | 12/19 | K | | |
| 121. | | | | | Partial Buy | 12/26 | M | | |
| 122. -DFA US Small Cap Value Fd | | | | | Partial Buy | 02/28 | M | | |
| 123. | | | | | Partial Sell | 11/14 | M | A | |
| 124. | | | | | Partial Buy | 12/19 | K | | |
| 125. | | | | | Partial Buy | 12/26 | N | | |
| 126. DFA Large Cap In'tl Fd | | | | | Partial Buy | 02/26 | L | | |
| 127. | | | | | Partial Buy | 03/08 | J | | |
| 128. | | | | | Partial Buy | 06/08 | J | | |
| 129. | | | | | Partial Buy | 09/10 | J | | |
| 130. | | | | | Partial Buy | 11/26 | J | | |
| 131. | | | | | Partial Buy | 12/19 | J | | |
| 132. -DFA Int'l Value Fd | | | | | Partial Buy | 02/28 | L | | |
| 133. IShares Russell 1000 Grwth Idx | | | | | Buy | 10/29 | O | | |
| 134. | | | | | Partial Buy | 10/30 | P1 | | |
| 135. | | | | | Sell All | 11/14 | P1 | A | |
| 136. | | | | | Buy | 12/18 | P1 | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Russell 2000 Growth Idx | | | | | Buy | 11/14 | N | | |
| 138. | | | | | Partial Sell | 12/20 | N | A | |
| 139. S&P 500 Depository Recipt | | | | | Buy | 11/14 | P1 | | |
| 140. | | | | | Sell All | 12/18 | P1 | A | |
| 141. GENTER ADVISORS (SCHWAB) DFA IRA #2 | G | Dividend | O | | | | | | |
| 142. DFA US Large Company Fd | | | | | Buy | 03/14 | N | | |
| 143. | | | | | Partial Sell | 10/05 | M | E | |
| 144. DFA US Small Cap Fd | | | | | Buy | 03/14 | K | | |
| 145. | | | | | Partial Buy | 12/19 | J | | |
| 146. DFA Large Cap Intl Fd | | | | | Buy | 03/14 | L | | |
| 147. | | | | | Partial Buy | 12/19 | J | | |
| 148. DFA Small Cap Value Fd | | | | | Buy | 03/20 | L | | |
| 149. | | | | | Partial Buy | 12/19 | J | | |
| 150. DFA US Large Cap Value Fd | | | | | Buy | 03/20 | L | | |
| 151. | | | | | Partial Buy | 12/19 | J | | |
| 152. IShares Russell 1000 Grwth Idx | | | | | Buy | 10/29 | M | | |
| 153. DFA Intl Value Fd | | | | | Buy | 03/20 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Partial Buy | 12/19 | J | | |
| 155. Wells Fargo IRA Asset Alloc Fd | | | | | Sell All | 4/12 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 1 - Add #1 to title to differentiate from new #2 IRA
2) Part VII, page 4, line 16 - From 2006 FDR - Sell All was 4/12/05 - inadvertently left off previous reports (see Part VII, page 13, line 155)
2) Part VII, page 5, line 23 - Security listed totally in error - never bought or sold
3) Part VII, page 5, line 29 - Sell was 05/01/2004 - Inadvertently left off previous reports
4) Part VII, page 5, line 30 - Sell was 11/01/2004 - Inadvertently left off previous reports
5) Part VII, page 5, line 33 - Sell was 03/25/2004 - Inadvertently left off previous reports
6) Part VII, page 7, line 63 - The Sell All shown on 2006 Report should have been shown as a Partial Sell
7) Part VII, page 8, line 73 - Buy was inadvertently left off 2006 Report
8) Part VII, page 8, line 74 - Buy was inadvertently left off 2006 Report
9) Part VII, page 8, line 76 - Buy was inadvertently left off 2006 Report
10) Part VII, page 8, line 78 - Put holding back on Report. Inadvertently taken off in 2004
11) Part VII, page 8, line 85 - Name was changed in 2005 to Columbia Large Cap Index Fund which should have been reported as Sell All at that time

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ORIGINAL

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status:<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 30 A 11: 21 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| Snyder, Christina A | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Attorney - Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENTER ADVISORS (SCHWAB) DFA IRA ACCT #1 | E | Dividend | P1 | T | | | | | |
| 2. DFA US Large Company Fund | | | | | Partial Buy | 6/26 | K | | |
| 3. | | | | | Partial Sell | 10/05 | N | F | |
| 4. IShares Russell 100 Grwth Ind | | | | | Buy | 10/29 | N | | |
| 5. DFA US Large Cap Value Fund | | | | | Partial Buy | 12/19 | J | | |
| 6. DFA US Small Cap Fund | | | | | Partial Buy | 12/19 | J | | |
| 7. DFA Small Cap Value Fund | | | | | Partial Buy | 12/19 | J | | |
| 8. DFA Large Cap Int'l Fund | | | | | Partial Buy | 12/19 | J | | |
| 9. DFA Int'l Value Fd | | | | | | | | | |
| 10. GNMA Pass Thru | A | Dividend | J | T | | | | | |
| 11. BANK OF AMERICA ACCTS (MM &CHNG | A | Interest | K | T | | | | | |
| 12. CHRISTOPHER WEIL & CO. BEAR STEARTS IRA ACCT | D | Dividend | M | T | | | | | |
| 13. ING Funds - Formerly Pilgrim Mayflower | | | | | Sell All | 04/10 | K | D | |
| 14. Frank Russell Emerging Markets Funds | | | | | Partial Sell | 04/04 | J | C | |
| 15. Frank Russell Special Growth Fund | | | | | Partial Buy | 04/04 | K | | |
| 16. Frank Russell Real Estate Securities | | | | | Sell All | 02/09 | J | E | |
| 17. Frank Russell Quantitative Equity Fund | | | | | Partial Buy | 04/04 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Frank Russell Diversified Equity Fund | | | | | Partial Sell | 04/04 | K | C | |
| 19.  Dodge & Cox Stock Fund | | | | | Sell All | 04/04 | K | D | |
| 20.  Frank Russell Int'l Securities Fund Cl S | | | | | Partial Sell | 04/04 | J | B | |
| 21.  TRUST #1 SCHWAB ACCT | G | Int./Div. | P2 | T | | | | | |
| 22.  Schwab CA Muni Fund (core Money Market) | | | | | | | | | |
| 23.  Met Wtr Dist. Co. CA Rev | | | | | | | | | |
| 24.  Met Wtr Dis Rev P/R | | | | | | | | | |
| 25.  Turlock CA IRR Rev | | | | | | | | | |
| 26.  Fresno CA USD GO | | | | | | | | | |
| 27.  Redwood City CA ESD GO | | | | | Partial Buy | 11/06 | L | | |
| 28.  CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 29.  San Diego County CA COP 6.25% 08/01/04 | | | | | Sell All | 08/01 | M | A | |
| 30.  Imperial IRR CA COP P/R | | | | | Sell All | 11/01 | L | A | |
| 31.  CA Ed Facs Au Rev Stanford | | | | | Partial Buy | 10/26 | K | | |
| 32.  San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 33.  CA St Pub Wks P/R | | | | | Sell All | 03/25 | M | B | |
| 34.  Riverside CO CA Sla TX 6.00% 06/01/08 | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000          L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chaffey HSD 5.25% 08/01/09 | | | | | | | | | |
| 36. San Mateo Co CA St Tax Rev 5.25% 06*01/12 | | | | | | | | | |
| 37. CA ST GO 5.375% 04/01/14 | | | | | | | | | |
| 38. CA ST GO 5.00% 02/01/08 | | | | | | | | | |
| 39. Vallejo CA USD CO 5.90% 02/01/17 | | | | | | | | | |
| 40. CA Dept Trans Rv 5.00% 02/01/15 | | | | | Partial Buy | 03/29 | K | | |
| 41. CA Dept Trans RV 5.00% 02/01/2015 | | | | | Partial Buy | 4/17 | K | | |
| 42. CA Dept Trans RV 5.00% 02/01/2015 | | | | | Partial Buy | 11/05 | L | | |
| 43. San Diego CO CA Wtr Auth 5.25% 05/01/07 COP | | | | | Sell All | 05/01 | L | A | |
| 44. Sacramento CA Mud Elec RV 5.00% 08/15/08 | | | | | | | | | |
| 45. CA Dept Wtr Rex RV 5.5% 12/01/09 | | | | | | | | | |
| 46. CA Wtr Res Central Valley 5.5% 12/01/09 | | | | | | | | | |
| 47. CA Wtr Res Central Valley 5.5% 12/01/08 | | | | | | | | | |
| 48. CA ST GO 5.25% 10/01/2009 | | | | | | | | | |
| 49. Southwestern Cnty Coll Dist. 5.625% 08/01/2011/16 | | | | | | | | | |
| 50. CA ST GO 5.75% 03/01/2010/27 | | | | | | | | | |
| 51. Los Angeles CA GO (MBIA) 5.25% 09*01/2014 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 53. San Diego CO CA Sls Tax Rev 4.75% 04/01/08 | | | | | | | | | |
| 54. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | | | | | |
| 55. Los Angeles, CA USD GO 5.375% 07/01/2008-16 | | | | | | | | | |
| 56. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 57. Foothill Eastern Corr Agy 7.05% 01/01/2010 | | | | | | | | | |
| 58. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 59. Foothill Corr Agy 7.10% 01/01/12 | | | | | | | | | |
| 60. Coast Cmty Coll Dist CA GO 5.00% 08/01/2021 | | | | | Buy | 01/03 | M | | |
| 61. CA Economic Recovery GO & RV 5.00% 07-01-2011 | | | | | Buy | 03/01 | M | | |
| 62. CA Ecconomic Recovery GO & RV 5.00% 7/01/2011 | | | | | Partial Buy | 03/02 | M | | |
| 63. CA Economic Recovery GO & RV 4.5% 1/1/07 SEE NOTES | | | | | Sell All | 01/01 | L | A | |
| 64. CA Wtr Resource Pwr Suppy 5.50% 05/01/2011 | | | | | Buy | 03/07 | M | | |
| 65. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Buy | 02/02 | N | | |
| 66. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Partial Buy | 03/15 | K | | |
| 67. LA CA USD GO 5.00% 07/01/2013/25 | | | | | Partial Buy | 04/30 | K | | |
| 68. CA Infrastructure & Eco Dev 5.00% 07/01/2010 | | | | | Buy | 03/19 | N | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. East Bay Mud CA WTR Sys 5.00% 06/01/2019 | | | | | Buy | 05/09 | M | | |
| 70. Sacramento CO CA Sani Dist RV 5.00% 8/1/2019 | | | | | Partial Buy | 05/30 | J | | |
| 71. Sacramento CO CA Sani Dist RV 5.00% 8/1/2019 | | | | | Partial Buy | 12/21 | K | | |
| 72. LA CA Dept Wtr &Pwr RV 5.00% 07/01/2022 | | | | | Buy | 11/14 | M | | |
| 73. Long Beach CA Wtr RV SF13 5.750 05/15/2015 | | | | | Buy | 03/23 | N | | |
| 74. Napa Co CA Flood Impt RV 5:00% 6/15/208 | | | | | Buy | 05/11 | M | | |
| 75. LA CO CA Met Trnsp Sls Tax 6.00% 07/01/2011 | | | | | Buy | 06/15 | M | | |
| 76. LA CA Wastewater RV 5.00% 06/01/2008/28 | | | | | Buy | 07/07 | N | | |
| 77. LA CA Wastewater RV 5;00% 06/01/2008/28 | | | | | Sell | 02/02 | N | | |
| 78. CA ST GO 5.50% 10-01-2009 | | | | | Buy | 09/14 | M | | |
| 79. PUTNAM HARTFORD IRA■ | | None | O | T | | | | | |
| 80. -Voyager | | | | | Sell All | 03/05 | M | F | |
| 81. -Growth & Income | | | | | Sell All | 03/05 | N | G | |
| 82. -New Opportunity | | | | | Sell All | 03/05 | M | E | |
| 83. -Int'l Equity | | | | | Sell All | 03/05 | M | F | |
| 84. BANK OF AMERICA TRUST ACCT ● | F | Dividend | P1 | T | | | | | |
| 85. -Columbia CA Tax Expt Res Fund | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Nations Large Cap Index Inv A | | | | | Sell All | 12/28 | L | | |
| 87. -Putnam Capital Apprec Cl A | | | | | | | | | |
| 88. -Putnam Classic Equity Class A | | | | | | | | | |
| 89. -Putnam Health Sciences Class A | | | | | | | | | |
| 90. Putnam In'tl Equity Class A | | | | | | | | | |
| 91. -Putnam New Opportunities Cl A | | | | | | | | | |
| 92. -Putnam New Value Class A | | | | | | | | | |
| 93. -Putnam Voyager Class A | | | | | | | | | |
| 94. SCHWAB 401K ACCOUNT | None | N | T | | | | | | |
| 95. -Schwab Money Market (Core Money Market Fund) | | | | | | | | | |
| 96. -DFA US Large Company Fund | | | | | Partial Buy | 01/26 | K | | |
| 97. | | | | | Partial Sell | 10/05 | L | D | |
| 98. -DFA US Small Cap Fund | | | | | Patial Buy | 01/26 | J | | |
| 99. | | | | | Partial Buy | 12/19 | J | | |
| 100. -DFA Int'l Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 101. | | | | | Partial Sell | 10/10 | J | A | |
| 102. | | | | | Partial Buy | 12/19 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Small Cap Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 104. | | | | | Partial Buy | 12/19 | J | | |
| 105. -DFA US Large Cap Value Fund | | | | | Partial Buy | 01/30 | J | | |
| 106. | | | | | Partial Buy | 12/19 | J | | |
| 107. -DFA Large Cap Int'l Fund | | | | | Partial Buy | 01/26 | J | | |
| 108. | | | | | Partial Buy | 12/19 | J | | |
| 109. IShares Russell 1000 Grwth Index | | | | | Buy | 10/29 | L | | |
| 110. GENTER ADVISORS (SCHWAB) TRUST ACCOUNT | G | Dividend | P2 | T | | | | | |
| 111. -DFA US Large Company Fd | | | | | Partial Buy | 01/08 | L | | |
| 112. | | | | | Partial Buy | 02/26 | O | | |
| 113. | | | | | Partial Buy | 06/26 | K | | |
| 114. | | | | | Partial Sell | 10/05 | P1 | G | |
| 115. -DFA US Large Cap Value Fd | | | | | Partial Buy | 02/28 | M | | |
| 116. | | | | | Partial Sell | 11/14 | M | A | |
| 117. | | | J | | Partial Buy | 12/19 | K | | |
| 118. -DFA US Small Cap Fd | | | | | Partial Buy | 02/26 | L | | |
| 119. | | | | | Partial Sell | 11/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Partial Buy | 12/19 | K | | |
| 121. | | | | | Partial Buy | 12/26 | M | | |
| 122. -DFA US Small Cap Value Fd | | | | | Partial Buy | 02/28 | M | | |
| 123. | | | | | Partial Sell | 11/14 | M | A | |
| 124. | | | | | Partial Buy | 12/19 | K | | |
| 125. | | | | | Partial Buy | 12/26 | N | | |
| 126. DFA Large Cap In'tl Fd | | | | | Partial Buy | 02/26 | L | | |
| 127. | | | | | Partial Buy | 03/08 | J | | |
| 128. | | | | | Partial Buy | 06/08 | J | | |
| 129. | | | | | Partial Buy | 09/10 | J | | |
| 130. | | | | | Partial Buy | 11/26 | J | | |
| 131. | | | | | Partial Buy | 12/19 | J | | |
| 132. -DFA Int'l Value Fd | | | | | Partial Buy | 02/28 | L | | |
| 133. IShares Russell 1000 Grwth Idx | | | | | Buy | 10/29 | O | | |
| 134. | | | | | Partial Buy | 10/30 | P1 | | |
| 135. | | | | | Sell All | 11/14 | P1 | A | |
| 136. | | | | | Buy | 12/18 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Russell 2000 Growth Idx | | | | | Buy | 11/14 | N | | |
| 138. | | | | | Partial Sell | 12/20 | N | A | |
| 139. S&P 500 Depository Recipt | | | | | Buy | 11/14 | P1 | | |
| 140. | | | | | Sell All | 12/18 | P1 | A | |
| 141. GENTER ADVISORS (SCHWAB) DFA IRA #2 ● | G | Dividend | O | | | | | | |
| 142. DFA US Large Company Fd | | | | | Buy | 03/14 | N | | |
| 143. | | | | | Partial Sell | 10/05 | M | E | |
| 144. DFA US Small Cap Fd | | | | | Buy | 03/14 | K | | |
| 145. | | | | | Partial Buy | 12/19 | J | | |
| 146. DFA Large Cap Intl Fd | | | | | Buy | 03/14 | L | | |
| 147. | | | | | Partial Buy | 12/19 | J | | |
| 148. DFA Small Cap Value Fd | | | | | Buy | 03/20 | L | | |
| 149. | | | | | Partial Buy | 12/19 | J | | |
| 150. DFA US Large Cap Value Fd | | | | | Buy | 03/20 | L | | |
| 151. | | | | | Partial Buy | 12/19 | J | | |
| 152. IShares Russell 1000 Grwth Idx | | | | | Buy | 10/29 | M | | |
| 153. DFA Intl Value Fd | | | | | Buy | 03/20 | M | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Partial Buy | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 1 - Add #1 to title to differentiate from new #2 IRA
2) Part VII, page 5, line 23 - Security listed totally in error - never bought or sold
3) Part VII, page 5, line 29 - Sell was 05/01/2004 - Inadvertently left off previous reports
4) Part VII, page 5, line 30 - Sell was 11/01/2004 - Inadvertently left off previous reports
5) Part VII, page 5, line 33 - Sell was 03/25/2004 - Inadvertently left off previous reports
6) Part VII, page 7, line 63 - The Sell All shown on 2006 Report should have been shown as a Partial Sell
7) Part VII, page 8, line 73 - Buy was inadvertently left off 2006 Report
8) Part VII, page 8, line 74 - Buy was inadvertently left off 2006 Report
9) Part VII, page 8, line 76 - Buy was inadvertently left off 2006 Report
10) Part VII, page 8, line 78 - Put holding back on Report. Inadvertently taken off in 2004
11) Part VII, page 8, line 85 - Name was changed in 2005 to Columbia Large Cap Index Fund which should have been reported as Sell All at that time

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544